Law Offices
# JAMES S. FRIEDMAN, LLC
A Criminal Defense Practice

17 Academy Street, Suite 305, Post Office Box 32009, Newark, New Jersey 07102
Telephone (973) 353-9500   Facsimile (973) 353-9501

115 Pine Street, Suite 7, Ridgewood, New Jersey 07450
Telephone (973) 495-0854   Facsimile (201) 441-1139

E-Mail – jfriedlaw@optonline.net

Website – www.jfriedlawfirm.com

James S. Friedman
Member, NJ, NY and MA Bars                             Please reply to Newark

December 13, 2008

The Hon. Peter G. Sheridan
United States District Judge
United States District Court
District of New Jersey
Martin Luther King, Jr., Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:  United States v. Eric Rojo
        Docket No. 07-00827-001

Dear Judge Sheridan:

    This firm represents Mr. Eric Rojo, the defendant in the referenced matter. For your Honor's convenience, I enclose a true copy of a fully executed Substitution of Attorney.

    This matter currently is scheduled for sentencing on Monday, December 22, 2008. I write to request an adjournment of the sentencing date.

    I received a draft copy of the presentence report in this matter just this week. I am reviewing it, and plan to meet with my client to discuss it in detail. My client, who is incarcerated, already has informed me that the presentence report contains numerous inaccuracies. Obviously, I must explore these with him in some detail, and prepare a written response.

    The reason for the requested adjournment is that I simply require additional time to complete my review, meet with my client and respond to the report. I already have

numerous appearances in both Federal and State courts scheduled continually for the period between now and the onset of the year-end holiday season. I cannot complete the required tasks in a thorough manner given the current timeframe.

In further support of this request, I note that this would be the first adjournment of the sentencing date, and I do not contemplate that any further adjournments will be necessary. Additionally, since I am new to the case, I do not have the same background as prior counsel. Moreover, I am not seeking an extended amount of time; rather, I seek merely to have the sentencing rescheduled for sometime toward the end of January 2009. Thus, an adjournment of 30 days should provide an amount of time sufficient to complete the required tasks. Finally, I have discussed this matter with AUSA Matthew Beck, who has authorized me to represent that he consents to the request.

Please direct a member of your staff to contact me with your Honor's decision concerning this request. Thank you for your attention.

Respectfully Submitted

James S. Friedman

cc: AUSA Matthew Beck
    USPO Jamel Dorsey

SO ORDERED: [signature]
DATED: 12/15/08